Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

## for the

Middle District of Georgia  ▼

Valdosta Division

FILED

DEC 10 2020

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

|  |  |
|---|---|
| Asha V. Ranson-Dillard | ) Case No. 7·20-cv-247 |
| | ) (to be filled in by the Clerk's Office) |
| ──────────────────────── | ) |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) Jury Trial: *(check one)* ☑Yes ☐No |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| **-v-** | ) |
| | ) |
| Technical College System of Georiga | ) |
| & | ) |
| Southern Regional Technical College | ) |
| ──────────────────────── | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names.)* | ) |

# COMPLAINT FOR EMPLOYMENT DISCRIMINATION

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Asha V. Ranson-Dillard |
| Street Address | 208 Stallion Circle |
| City and County | Thomasville / Thomas |
| State and Zip Code | Georgia, 31792 |
| Telephone Number | 229-403-0138 |
| E-mail Address | asha_dillard@yahoo.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

|  |  |
|---|---|
| Name | Technical College System of Georiga |
| Job or Title *(if known)* | C/O Josh McKoon, General Counsel ( for Defendant) |
| Street Address | 1800 Century Place N.E., Suite 400 |
| City and County | Atlanta / Fulton |
| State and Zip Code | Georgia, 30345 |
| Telephone Number | (404) 327-6833 |
| E-mail Address *(if known)* | |

Defendant No. 2

|  |  |
|---|---|
| Name | Southern Regional Technical College |
| Job or Title *(if known)* | C/O Josh McKoon, General Counsel (for Defendant) |
| Street Address | 1800 Century Place N.E., Suite 400 |
| City and County | Atlanta / Fulton |
| State and Zip Code | Georgia, 30345 |
| Telephone Number | (404) 327-6833 |
| E-mail Address *(if known)* | |

Defendant No. 3

|  |  |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

|  |  |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

**C.    Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Southern Regional Technical College |
| Street Address | 15689 U.S. Hwy 19 North |
| City and County | Thomasville / Thomas |
| State and Zip Code | Georiga, 31792 |
| Telephone Number | (229) 225-4096 |

**II.    Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑    Other federal law *(specify the federal law)*:
Rehabiltiation Act of 1973

☑    Relevant state law *(specify, if known)*:
Rehabiltiation Act of 1973

☐    Relevant city or county law *(specify, if known)*:

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☑ Failure to hire me.
- ☑ Termination of my employment.
- ☑ Failure to promote me.
- ☑ Failure to accommodate my disability.
- ☑ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☑ Other acts *(specify)*:   Hostile, unsafe, and unhealthy work enviroment

  *(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

2018 until present but not limited to (made claims due to previous acts of discrimination etc.)

C.    I believe that defendant(s) *(check one)*:

- ☑ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☑ race _____
- ☑ color _____
- ☐ gender/sex _____
- ☐ religion _____
- ☐ national origin _____
- ☑ age *(year of birth)*    1978    *(only when asserting a claim of age discrimination.)*
- ☑ disability or perceived disability *(specify disability)*

  Bilat.Carpal Tunnel, Acute Stress Reaction, Anxi.others

E.    The facts of my case are as follows.  Attach additional pages if needed.

## COMPLAINT

Comes now Plaintiff Asha V. Ranson-Dillard ( hereinafter, "Plaintiff" ) and hereby submits this Complaint showing the Court as follows:

( Please see the attached pages ) Complaint dates: 2018 until present but not limited to (made claims due to previous acts of discrimination etc.)  Complaint locations: local and at state level

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.   Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

November 8, 2018 - Original Charge
June 12 , 2019      - Amended Charge

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☐    issued a Notice of Right to Sue letter, which I received on *(date)*   10/23/2020          .

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☑    60 days or more have elapsed.

☐    less than 60 days have elapsed.

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Prayer for Relief:
A. That the Court take jurisdiciton of this matter;
B. That process be served;
C. That the Court award Plaintiff back pay and other lost benefits;
D. That the Court award Plaintiff front pay or other prospective relief;
E. That the Court award Plaintiff compensatory damages in an amount to be determined by the trier of fact;
F. That the Court award Plaintiff reasonable attorneys' fees and costs in this action;
G. That the Court grant Plaintiff the right to have a jury trial on all issues triable to a jury; and
H. That the Court grant such additional relief as the Court deems proper and just.

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   12/10/2020

Signature of Plaintiff   _Asha V. Ranson-Dillard_
Printed Name of Plaintiff   Asha V. Ranson-Dillard

### B.   For Attorneys

Date of signing:   _____

Signature of Attorney   _____
Printed Name of Attorney   _____
Bar Number   _____
Name of Law Firm   _____
Street Address   _____
State and Zip Code   _____
Telephone Number   _____
E-mail Address   _____

## COMPLAINT

Comes NOW Plaintiff Asha V. Ranson-Dillard (hereinafter, "Plaintiff") and hereby submits this Complaint showing the Court as follows:

## INTRODUCTION

### 1.

This is a case arising out of Defendant's employment discrimination, and retaliation against Plaintiff in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C § 2000e *et seq*.("Title VII"), discrimination due to disability and retaliation against in violation of Title I of the Americans with Disabilities Act of 1990, 42 U.S.C § 12101 et seq. as amended, and discriminated against because of age (40), in violation of the Age Discrimination in Employment Act of 1967, 29 U.S.C § 621 et seq. as amended.

## JURISDICTION AND VENUE

### 2.

Plaintiff's claims present federal questions over which the Court has jurisdiction pursuant to 1331, 28 U.S.C § 1331, § 1343 (a), 42 U.S.C § 2000e-5(f) (3), 42 U.S.C § 12101, and 29 U.S.C § 621.

### 3.

Venue is proper to 42 U.S.C § 2000e-5(f) (3), 42 U.S.C § 12101, and 29 U.S.C § 621 and pursuant to 28 U.S.C § 1391 (b) and (c), and as every act of which Plaintiff complains occurred in the Valdosta Division of the United States District Court for the Middle District of Georgia.

**4.**

Plaintiff is a resident of the State of Georgia and submits to the jurisdiction of this Court.

**5.**

Defendant Technical College System of Georgia (hereinafter "TCSG") is an educational institute that was registered with the Secretary of State to conduct business in the State of Georgia at all times relevant to the allegations in this complaint, and may be served with process upon its registered counsel, Josh McKoon, General Counsel (for Defendant), at 1800 Century Place N.E. Suite 400, Atlanta, Georgia 30345.

**6.**

Defendant Unit of Technical College System of Georgia; Southern Regional Technical College (hereinafter "SRTC") is an educational institute that was registered with the Secretary of State to conduct business in the State of Georgia at all times relevant to the allegations in this complaint, and may be served with process upon its registered counsel, Josh McKoon, General Counsel (for Defendant), at 1800 Century Place N.E. Suite 400, Atlanta, Georgia 30345.

**7.**

At all times to this complaint, Defendants employed Plaintiff as an integrated enterprise as they maintained interrelated operations, common management, centralized control of labor relations and common ownership.

**8.**

At all times relevant to Plaintiff's claims, Defendants employed 15 or more employees for each working day in at least 20 or more calendar weeks, including Plaintiff.

**9.**

Plaintiff satisfied all conditions precedent to filing this action, including filing a charge of discrimination with the U. S, Equal Employment Opportunity Commission ( "EEOC") and receiving a Notice of Right to Sue within ninety (90) of filing this civil action.

## FACTUAL ALLEGATIONS

**10.**

Plaintiff began working for defendants as fulltime/part-time Student Activities Coordinator on June 1, 2006. The Plaintiff became fulltime on or around November 1, 2010. Plaintiff became Director of Student Life from Student Life Coordinator on effective May 1, 2018.

**11.**

Asha V. Ranson-Dillard was an employee of Defendants and at all times relevant to the allegations in this complaint was listed as a Director of Student Life in filings with the Georgia Secretary of State from May 1, 2018 through June 30, 2020.

**12.**

Plaintiff was a professional employee of Defendants and was subordinate to Mrs. Judith Lovorrn and Ms. Leigh Wallace.

## COUNT ONE- TITLE VII OF CIVIL RIGHTS- Race Discrimination

### 13.

Plaintiff hereby incorporates each and every preceding paragraph as if fully set forth herein.

### 14.

Plaintiff is a black female with Christian values which includes integrity and morals, and therefore, a member of a protected class under Title VII.

### 15.

Plaintiff was subject to unwelcome harassment and various other discriminatory acts due to opposing any and all employment oppression and suppression with complaints to former employer.

### 16.

Defendants acted in bad faith, and willfully disregarded Plaintiff's rights under Title VII, and acted in reckless disregard for Plaintiff's rights under Title VII.

### 17.

As a result of Defendants 'unlawful actions, Plaintiff has suffered loss compensation, physical illnesses, emotional distress, loss of enjoyment, inconvenience, humiliation, and other indignities.

### 18.

Plaintiff is entitled to damages to be made whole including back pay and loss of benefits, front pay, compensatory damages, liquidated damages, attorney's fees and costs of litigation, and all other relief recoverable under Title VII, Title I, and all applicable laws.

# COUNT TWO- TITLE I OF ADA

### 19.

Plaintiff hereby incorporates each and every preceding paragraph as if fully set forth herein.

### 20.

Plaintiff is as an individual with disabilities and/or regarded as an individual with physical or mental impairment that substantially limits one or more major life activities. Former employer is aware of record of such an impairment and or disabilities regarding Plaintiff.

### 21.

Plaintiff was met with adverse employment actions, discrimination, harassment, less favorable treatment, and increased scrutiny, for being a person with disabilities and/or regarded as a person with disabilities and limitations.

### 22.

Defendants undertook their conduct intentionally and maliciously with respect to Plaintiff and her federally protected rights, or additionally, and in the alternative, undertook its conduct recklessly without respect to Plaintiff and federally protected rights, entitling her to recover all damages.

### 23.

As a result of Defendants 'unlawful actions, Plaintiff has suffered loss compensation, physical illnesses, emotional distress, loss of enjoyment, inconvenience, humiliation, and other indignities.

### 24.

Plaintiff is entitled to damages to be made whole including back pay and loss of benefits, front pay, compensatory damages, liquidated damages, attorney's fees and costs of litigation, and all other relief recoverable under Title VII, Title I, and all applicable laws.

# COUNT THREE TITLE VII RETALIATION

## 25.

Plaintiff hereby incorporates each and every preceding paragraph as if fully set forth herein.

## 26.

Plaintiff was subjected to adverse employment actions and retaliation for exercising her employee rights in regards to FMLA, Reasonable Accommodations, and other Disability limitations and Restrictions.

## 27.

Plaintiff engaged in statutorily protected activity by opposing conduct and actions made unlawful under Title VII and title I and other laws. Plaintiff did this by complaining to employer at both the local /state level of the institution and other federal agencies.

## 28.

As a result, Plaintiff was exposed to and endured a hostile, unsafe, and unhealthy work environment.

## 29.

Plaintiff's allegations may not meet the threshold or rise to the level according to TCSG & SRTC, but that doesn't mean what she's experiencing and have experienced is not harassment or bullying, discrimination or retaliation according to the law.

## 30.

Because of her protected activity, complaints, disabilities, and employment injuries and or risk management classification the Defendants retaliated against Plaintiff by involuntarily terminating her employment.

**31.**

The above-pled discriminatory conduct toward Plaintiff constitutes unlawful retaliation against her in violation of Title VII, Title I, and Rehab Act of 1973.

**32.**

Plaintiff participated in a complaint process and was retaliated again by employer as participating in a complaint process is protected from retaliation under all circumstances.

**33.**

The negative and adverse actions against the Plaintiff by the Defendant can and will deter a reasonable employee and or person from opposing unlawful current and or future discriminations and acts regarding employment.

**34.**

Defendants undertook their conduct intentionally and maliciously with respect to Plaintiff and her federally protected rights, or additionally, and in the alternative, undertook its conduct recklessly without respect to Plaintiff and federally protected rights, entitling her to recover all damages.

**35.**

As a result of Defendants 'unlawful actions, Plaintiff has suffered loss compensation, physical illnesses, emotional distress, loss of enjoyment, inconvenience, humiliation, and other indignities.

**36.**

Plaintiff is entitled to damages to be made whole including back pay and loss of benefits, front pay, compensatory damages, liquidated damages, attorney's fees and costs of litigation, and all other relief recoverable under Title VII, Title I, and all applicable laws.

## COUNT FOUR ADEA

**37.**

Plaintiff hereby incorporates each and every preceding paragraph as if fully set forth herein.

**38.**

Plaintiff was subjected to unwelcome discrimination which reflects age, race, less experience, and education. As a result, plaintiff was exposed to less favorable and unfavorable treatment by employer regarding opposition and complaints of the above.

**39.**

Defendants undertook their conduct intentionally and maliciously with respect to Plaintiff and her federally protected rights, or additionally, and in the alternative, undertook its conduct recklessly without respect to Plaintiff and federally protected rights, entitling her to recover all damages.

**40.**

As a result of Defendants 'unlawful actions, Plaintiff has suffered loss compensation, physical illnesses, emotional distress, loss of enjoyment, inconvenience, humiliation, and other indignities.

**41.**

Plaintiff is entitled to damages to be made whole including back pay and loss of benefits, front pay, compensatory damages, liquidated damages, attorney's fees and costs of litigation, and all other relief recoverable under Title VII, Title I, and all applicable laws.

## COUNT FIVE- REHABILITATION ACT OF 1973

**42.**

Plaintiff hereby incorporates each and every preceding paragraph as if fully set forth herein.

**43.**

Defendants acted in bad faith, willfully and wantonly disregarded Plaintiff's rights under Title VII, and acted in reckless disregard for Plaintiff's rights under Rehab Act as an individual with disabilities and/or regarded as an individual with disabilities.

**44.**

Defendants undertook their conduct intentionally and maliciously with respect to Plaintiff and her federally protected rights, or additionally, and in the alternative, undertook its conduct recklessly without respect to Plaintiff and federally protected rights, entitling her to recover all damages.

**45.**

As a result of Defendants 'unlawful actions, Plaintiff has suffered loss compensation, physical illnesses, emotional distress, loss of enjoyment, inconvenience, humiliation, and other indignities.

**46.**

Plaintiff is entitled to damages to be made whole including back pay and loss of benefits, front pay, compensatory damages, liquidated damages, attorney's fees and costs of litigation, and all other relief recoverable under Title VII, Title I, and all applicable laws.