IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ASHA V. RANSON-DILLARD, | * |
| Plaintiff, | * |
| v. | Case No. 7:20-CV-247(HL) |
| | * |
| TECHNICAL COLLEGE SYSTEM OF GEORGIA, | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated March 1, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 1st day of March, 2022.

David W. Bunt, Clerk

s/ S. B. DeCesare, Deputy Clerk